UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



3:19mJ 1412 (DFm)

In Re: APPLICATION FOR            :
                                  : ss. Hartford, Connecticut
SEARCH WARRANT                    :
                                  :

## AFFIDAVIT

I, KB Siegel, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I am a United States Postal Inspector assigned to the New Haven, Connecticut Domicile of the United States Postal Inspection Service. I have been so employed since January 2002. I am currently assigned to the Connecticut and Western Massachusetts Major Crimes Team. As a United States Postal Inspector assigned to the Major Crimes Team, my duties and responsibilities include, but are not limited to the investigation of the illegal shipment of narcotics and narcotics proceeds, as well as the laundering of drug proceeds via the United States Postal Service (USPS). I have received training in the areas of search and seizure, narcotics investigations and criminal law.

2. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 3061, and am empowered by law to conduct investigations and make arrests for offenses enumerated in 21 U.S.C. §§ 841(a) (1), 844 and other federal offenses.

3. The information set forth in this affidavit is based on an investigation that I and other law enforcement agents are conducting. This affidavit does not contain every fact known to me with respect to this investigation. Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

4.     Based on my training and experience, I know that individuals shipping controlled substances via the United States Mail use Priority Mail Express and Priority Mail almost exclusively, and furthermore often use fictitious names and/or fictitious return addresses to prevent them from being identified and apprehended by law enforcement.

5.     I also know that narcotics traffickers send their illegal narcotics through the mail from source states, such as California, Colorado, Arizona, Texas, and the U.S. Territory of Puerto Rico. Moreover, based on my training and experience, I know individuals who receive narcotics parcels via the U.S. Mail often remit payments for those narcotics through the mail. The remittance payments are routinely mailed to source states in the form of bulk U.S. currency and money orders, to include U.S. Postal Service money orders.

## DESCRIPTION OF THE SUBJECT PARCEL

6.     Based on the information contained in this affidavit, I respectfully submit that there is probable cause to believe, and I do believe, that Priority Mail Express Parcel displaying Priority Mail label number 9505 5103 3326 9260 2532 01 and handwritten Priority Mail address label, addressed to Rose Cintron, 26 Farragut Street, Apt #1, Waterbury, CT 06705, and bearing a return address of Josielis Aponte, Urb. Brisas Del Mar, Calle Isaac H-8, Arroyo, PR 00714 (the "Subject Parcel"), contains controlled substances. The Subject Parcel is currently in the custody of the United States Postal Inspection Service in Hartford, Connecticut.

## PROBABLE CAUSE

7.     On September 17, 2019, U.S. Postal Inspectors identified the Subject Parcel as possibly containing a controlled substance. The Subject Parcel measures approximately 12 ½"x 13" x 16", weighs approximately 20 pounds, 9.6 ounces, and bears $61.10 in U.S. postage.

8.     A search of U.S. Postal Service business records and commercially available consumer transaction database records demonstrates that the return address on the Subject

Parcel, Urb. Brisas Del Mar, Calle Isaac H-8, Arroyo, PR 00714, is an anomalous variation of several, potential Postal delivery addresses, although the specific return address does not exist. The purported sender's name, Josielis Aponte, is not associated with any actual variations of the return address.

9. A review of U.S. Postal Service business records and commercially available consumer transaction database records demonstrates that the delivery address on the Subject Parcel, 26 Farragut Street, Apt #1, Waterbury, CT 06705, is an actual address in Waterbury, CT. U.S. Postal Service business records further demonstrate that Rose Cintron is a historical recipient of U.S. Mail at that address. Traffickers of narcotics and other criminals misusing the U.S. Mail know that Postal authorities use various business and commercial database records reflecting the names of individuals receiving mail or residing at delivery addresses within the United States and its territories. Such individuals also recognize that Postal authorities routinely access such records to identify mismatches that could potentially reveal criminal activity. While traffickers often use fictitious names on mailing labels, they also routinely use actual names and delivery addresses to avoid raising suspicion from authorities.

10. On September 20, 2019, the Subject Parcel was examined by a trained narcotics detection dog. The Subject Parcel was individually placed among four other similar sized parcels. Upon examination of the parcels, the canine alerted to the Subject Parcel. The parcels, including the Subject Parcel, were rearranged, two additional times, in different positions on the floor, and the handler and canine were called in again each time. The canine alerted to the Subject Parcel each additional time.

11. The canine is a three year-old male yellow Labrador retriever named Conner. Conner is assigned to Detective Zach Kashmanian of the Hartford Police Department. Conner was first certified in July of 2016 and was recently recertified in November of 2018. Conner is

certified in the detection of marijuana, hashish, cocaine, crack cocaine, heroin, MDMA, methamphetamine, and anabolic steroids. Conner receives quarterly in-service training sessions in the detection of narcotics. Detective Kashmanian and Conner also train daily on all of the odors that Conner is trained to detect.

12. Based on the above, there is probable cause to believe, and I do believe, that located within the Subject Parcel is evidence of a controlled substance or the proceeds of the unlawful distribution of controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and 844(a). The Subject Parcel is presently in the custody of the U.S. Postal Inspection Service located at 141 Weston Street, Hartford, Connecticut.

13.

## PHOTOGRAPHS OF THE SUBJECT PARCEL





## CONCLUSION

14.   WHEREFORE, I respectfully request that a search warrant be issued to search the Subject Parcel for evidence of illegal narcotics, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

KB SIEGEL
UNITED STATES POSTAL INSPECTOR

Subscribed and sworn to before me this 23rd day of September 2019.

/s/ DFM

HONORABLE DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE